**Ralphael HERNANDEZ, Petitioner–Appellant,**

v.

**Michael F. MARTEL,\* Warden, Respondent–Appellee.**

No. 10–56616.

United States Court of Appeals, Ninth Circuit.

Submitted July 22, 2014.\*\*

Filed July 29, 2014.

Ralphael Hernandez, Calipatria, CA, pro se.

Donald W. Ostertag, AGCA–Office of the California Attorney General, San Diego, CA, for Respondent–Appellee.

Before: GOODWIN, CANBY, and CALLAHAN, Circuit Judges.

---

\* Pursuant to Federal Rule of Appellate Procedure 43(c)(2), Michael F. Martel is substituted for his predecessor, Leland McEwen, as Warden.

\*\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM \*\*\*

California state prisoner Ralphael Hernandez appeals from the district court's judgment dismissing his 28 U.S.C. § 2254 habeas petition as untimely. We have jurisdiction under 28 U.S.C. § 2253, and we vacate and remand.

Hernandez contends that he timely filed his habeas petition because he is entitled to statutory tolling. The Warden has filed a letter indicating that he does not oppose Hernandez's requested relief of returning the matter to the district court. Having reviewed the record, we agree that Hernandez's section 2254 habeas petition was timely. We vacate the judgment of the district court and remand for consideration of Hernandez's claims on the merits.

**VACATED and REMANDED.**

---

\*\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.